# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

November 23, 2012

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Mantel Delance Mubdi
        v. United States
        No. 12-7398
        (Your No. 10-5008)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 21, 2012 and placed on the docket November 23, 2012 as No. 12-7398.

Sincerely,

**William K. Suter**, Clerk

by

Redmond K. Barnes
Case Analyst