SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

December 3, 2012

Mantel D. Mubdi
37910 North 45th Avenue
Phoenix, AZ 85086

   RE: Mantel Delance Mubdi v. United States
      4th Circuit Case No. 10-5008
      No: 12-7313

Dear Mr. Mubdi:

   The above-entitled petition for a writ of certiorari is herewith returned. Since your court-appointed counsel has filed a petition in No. 12-7398, your petition in No. 12-7313 was removed from the docket.

                                          Sincerely,
                                          William K. Suter, Clerk
                                          By: _____
                                          Redmond K. Barnes
                                          (202) 479-3022

Enclosures
cc: Ross Hall Richardson
    Donald B. Verrilli, Jr.
    U.S. Court of Appeals for the 4th Circuit